IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                            CASE NO. 3:23-CR-00005-BSM

NATHANIEL LACY                                                                        DEFENDANT

## ORDER

Nathaniel Lacy's pro se motion to reduce his sentence [Doc. No. 36] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range. *See* U.S.S.G. § 1B1.10(a)(2). This is true because Lacy's status as a career offender keeps his criminal history category at level VI.

IT IS SO ORDERED this 29th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE