## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

**v.**                         **CASE NO. 3:23-CR-00005-BSM**

**NATHANIEL LACY**
**Reg. No. 24978-009**                                           **DEFENDANT**

### ORDER

Nathaniel Lacy's *pro se* motion for compassionate release or sentence reduction [Doc. No. 58] is denied because there are not extraordinary and compelling circumstances to warrant early release.  *See* 18 U.S.C. § 3582(c)(1)(A).

Lacy was sentenced to 151 months of imprisonment for two counts of distribution of methamphetamine and one count of possession with intent to distribute methamphetamine. Doc. No. 22.  This sentence was run concurrently to the sentence imposed for violating the terms of his supervised release.  *Id*.  Lacy is seeking compassionate release or a sentence reduction based on (1) his deteriorating medical condition; (2) his advancing age; and (3) rehabilitation.  Lacy's request is denied for four reasons.

First, compassionate release is not warranted because Lacy's violent criminal history indicates he is a danger to the community.  PSR ¶¶ 25–46.  Second, although Lacy claims his medical condition is deteriorating, it does not appear that his circumstances have changed since his previous motion for compassionate release was denied.  *See* Doc. No. 38.  Nothing in the record indicates Lacy is unable to physically endure incarceration or that he will receive better care for his conditions if released.  Third, while Lacy is 70 years old, he has

completed less than three years of his 151 month sentence.  Additionally, he fails to show how his physical or mental health are deteriorating.  U.S.S.G. § 1B1.13(b)(1)(B)(iii).  Fourth, rehabilitation alone is not enough to warrant a sentence reduction.  28 U.S.C. § 994(t).

Finally, the section 3553(a) factors were considered at sentencing and nothing in the record supports a reduction.  *See United States v. Ram*, No. 5:13-CR-50045, 2020 WL 3100837, at *3 (W.D. Ark. June 11, 2020) (no reason to revisit section 3553(a) factors when movant has not met his burden of showing extraordinary and compelling reasons to justify early release).

IT IS SO ORDERED this 9th day of March, 2026.

UNITED STATES DISTRICT JUDGE

2